Prob 19
01/82

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. V., Bryant Phillips

Case No. 2:05CR000609-01 &
2:08CR000037

TO:[1] **Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Bryant Phillips | SEX<br>Male | RACE<br>Black Non-Hispanic | AGE<br>52 |
| ADDRESS (STREET, CITY, STATE)<br>1261 Raum Street, Northeast<br>Washington, DC   20002 ||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>United States District Court for the Eastern District of Pennsylvania || DATE IMPOSED<br>January 30, 2013 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court for the Eastern District of Pennsylvania ||||
| CLERK<br>George Wylesol | (BY) DEPUTY CLERK<br>Mark Ciamaichelo || DATE<br>8/10/22 |



| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>9/23/2024 || DATE EXECUTED<br>9/23/2024 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS   333 Constitution Ave NW  DC 20001 ||||
| NAME<br>Trejo | (BY)<br>Trejo || DATE<br>9/23/24 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the Eastern District of Pennsylvania," or "any United States Marshal," or "any Special Agent of the Federal Bureau or Investigation, or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.